Michael E. Allen
**Plaintiff/Petitioner/Movant's Name**

H-42389
**Prison Number**

Calipatria State Prison
P.O. Box-5002
**Place of Confinement**

Calipatria, Calif. 92233
**Address**

FILED

2008 FEB 22 PM 3: 36

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

2254 ✓   1983 __
**FILING FEE PAID**
Yes ___   No ✓
**IFP MOTION FILED**
Yes ✓   No __
**COPIES SENT TO**
Court ✓   ProSe ___

# United States District Court
## Southern District Of California

Michael E. Allen,
Plaintiff/Petitioner/Movant

v.

Gilbert Otero,
Defendant/Respondent

Civil No. **08 CV 0351 W JMA**
(To be filled in by U.S. District Court Clerk)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration  Calipatria State Prison
    Are you employed at the institution?         ☐ Yes ☒ No
    Do you receive any payment from the institution?   ☐ Yes ☒ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                                                                            H:\CIV-67.wpd

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer._____
   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends  ☐ Yes ☒ No
   c. Pensions, annuities or life insurance           ☐ Yes ☒ No
   d. Disability or workers compensation              ☐ Yes ☒ No
   e. Social Security, disability or other welfare    ☐ Yes ☒ No
   e. Gifts or inheritances                           ☐ Yes ☒ No
   f. Spousal or child support                        ☐ Yes ☒ No
   g. Any other sources                               ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____
   _____
   _____

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _on state welfare indigent_

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _None_

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _None_

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. _None_

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_2/20/08_
DATE

_[signature]_
SIGNATURE OF APPLICANT

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __Michael E. Allen__ , request and authorize the agency holding me in
 (Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☒ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__2/20/08__
DATE

_____
SIGNATURE OF PRISONER

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant ___MICHAEL E. ALLEN___,
(NAME OF INMATE)

___H-42389___,
(INMATE'S CDC NUMBER)

has the sum of $ ___-335.67___ on account to his/her credit at

___Calipatria State Prison___
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ___N/A___

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months the applicant's** *average monthly balance* **was** $ ___3.89___,

and the *average monthly deposits* to the applicant's account was $ ___6.84___.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

___12/17/07___
DATE

___K. Perdomo___
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

___K Pudoma___
OFFICER'S FULL NAME (PRINTED)

___Account Clerk II___
OFFICER'S TITLE/RANK

CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU DEC. 17, 2007

ACCT: H42389          ACCT NAME: ALLEN, MICHAEL                    ACCT TYPE: I

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION       | COMMENT      | HOLD AMOUNT |
|-------------|-----------|-------------------|--------------|-------------|
| 12/17/2007  | H200      | GENERAL HOLD      | ENVEL 3409   | 0.45        |
| 12/17/2007  | H118      | LEGAL COPIES HOLD | 12/12 3411   | 38.50       |

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 35.00 | 32.51 | 2.49 | 338.16 | 0.00 |

CURRENT AVAILABLE BALANCE

335.67-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE

```
REPORT ID: TS3030  .701                              REPORT DATE: 02/07/08
                                                     PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIPATRIA STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2008 THRU FEB. 07, 2008

  ACCOUNT NUMBER : H42389                     BED/CELL NUMBER: ASU 00000000137U
  ACCOUNT NAME   : ALLEN, MICHAEL             ACCOUNT TYPE: I
  PRIVILEGE GROUP: D
                                 TRUST ACCOUNT ACTIVITY
         TRAN
  DATE   CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
  -----  ----  -----------    -------    ---------  --------  -----------  -------

  01/01/2008   BEGINNING BALANCE                                              2.49

  01/17 W515   COPY CHARGE    12-18/4056                          2.40        0.09


                             CURRENT HOLDS IN EFFECT
     DATE       HOLD
    PLACED      CODE        DESCRIPTION              COMMENT       HOLD AMOUNT
  ----------    ----     -----------------------  -------------    -----------
  01/07/2008    H109     LEGAL POSTAGE HOLD       12/26  3788            0.58
  01/08/2008    H109     LEGAL POSTAGE HOLD       1/7    3840            1.14
  01/15/2008    H118     LEGAL COPIES HOLD        1/09   3979           43.50
  01/15/2008    H109     LEGAL POSTAGE HOLD       1/10   3985            6.40
  01/15/2008    H109     LEGAL POSTAGE HOLD       1/10   3985            5.30
  01/15/2008    H200     GENERAL HOLD             1/14   4013            0.30
  01/23/2008    H200     GENERAL HOLD             1-22   4166            0.45
  01/23/2008    H118     LEGAL COPIES HOLD        1-22   4167           29.20
  01/23/2008    H109     LEGAL POSTAGE HOLD       1-18   4169            0.97
  01/23/2008    H109     LEGAL POSTAGE HOLD       1-18   4169            4.60
  01/23/2008    H109     LEGAL POSTAGE HOLD       1-18   4169            1.48
  01/28/2008    H200     GENERAL HOLD             ENVEL  4246            0.15
  01/28/2008    H118     LEGAL COPIES HOLD        1/23   4259           19.20
  01/30/2008    H109     LEGAL POSTAGE HOLD       1/29   4320            5.05

                             TRUST ACCOUNT SUMMARY
    BEGINNING      TOTAL        TOTAL        CURRENT        HOLDS      TRANSACTIONS
    BALANCE      DEPOSITS    WITHDRAWALS     BALANCE       BALANCE     TO BE POSTED
  -----------   ----------   -----------   -----------   -----------   ------------
         2.49         0.00          2.40          0.09        118.32           0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                            -----------
                                                               118.23-
```