APPLICANT'S INFORMATION TO BE KEPT CONFIDENTIAL

MC-410

APPLICANT (name): MICHAEL E. ALLEN - H42389
APPLICANT is: ☐ Witness ☐ Juror ☐ Attorney ☒ Party ☐ Other (Specify)
Person submitting request (name): CALIPATRIA State PRison
APPLICANT'S ADDRESS: P.O. BOX - 5002
CALIPATRIA, CALIF. 92233
TELEPHONE NO.:

NAME OF COURT: U.S. District Ct. Southern Dist. of California
STREET ADDRESS: 880 Front Street Suite #4290
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, Calif. 92101-8900
BRANCH NAME:
JUDGE:
CASE TITLE: Allen v. Otero

FOR COURT USE ONLY

FILED
2008 FEB 22 PM 3:36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: RM DEPUTY

'08 CV 0351 W JMA

DEPARTMENT:
CASE NUMBER:

2254 ✓ 1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
CONSENT TO
Court ✓ Prob ___

REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES AND RESPONSE

Applicant requests accommodation under rule 1.100 of the California Rules of Court, as follows: 42 U.S.C. 12101 - 12132
1. Type of proceeding: ☒ Criminal ☐ Civil   42 U.S.C 10801, 10807 disabilities Rights.
2. Proceedings to be covered (for example, bail hearing, preliminary hearing, trial, sentencing hearing, family, probate, juvenile): Habeas Corpus.
3. Date or dates needed (specify): upon filing
4. Impairment necessitating accommodation (specify): Legally mentally Incompetent  Ex# A  mental impairments
5. Type or types of accommodation requested (specify): Court Appointed Attorney from the Court Appointed.
6. Special requests or anticipated problems (specify): Court Appointed Attorney to prove truth of matter And interest of Justice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 2-20-08

Michael E. Allen
(TYPE OR PRINT NAME)

▶ M. Allen
(SIGNATURE)

---------- RESPONSE ----------

The accommodation request is GRANTED and the court will provide the
☐ requested accommodation, in whole
☐ requested accommodation, in part (specify below):
☐ alternative accommodation (specify below):

The accommodation is DENIED because it
☐ fails to satisfy the requirements of rule 1.100
☐ creates an undue burden on the court
☐ fundamentally alters the nature of the service, program, or activity

For the following reason (attach additional pages, if necessary): [See Cal. Rules of Court, rule 1.100(g), for the review procedure.]

For the following duration:
☐ For the above matter or appearance
☐ From (dates):       to
☐ Indefinite period

Date:

(TYPE OR PRINT NAME)

☐ SIGNATURE FOLLOWS THE LAST PAGE OF THE RESPONSE.
(SIGNATURE)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-410 [Rev. January 1, 2007]

REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES AND RESPONSE

Cal. Rules of Court, rule 1.100
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com



EXHIBIT #A

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF IMPERIAL

| | |
|---|---|
| In the Matter of Michael Allen | Jud. Officer: Jeffrey B. Jones<br>Clerk: Francisco Soto<br>Bailiff: David Obeso<br>CSR: Lori Kowalski<br>Interpreter:<br>Language: |
| DOB: 4/22/66 | Plaintiff Counsel/DA: Wayne Robinson<br><br>Defendant Counsel/PD: Tim Reilly |
| Order: Judgment and Commitment | Case No. EMH00214 (JCF19796)<br>El Centro Dept. 5 |
| Date: September 6, 2007 | |
| Charges: | |

The above entitled case came before this court on 6/21/07 on the filing of an indictment, charging the defendant with a crime to wit, BATTERY ON NON-CONFINED PERSON BY PRISONER in violation of PC4501.5 and CUSTODIAL POSSESSION OF WEAPON in violation of PC4502(a).

The records show the defendant appeared in court represented by his attorney at which time criminal proceedings were suspended. Doctors were appointed by the court to examine the defendant for determination of his mental competency. Hearing was held before this court without a jury and written reports were received from the above doctors in lieu of testimony.

IT IS THE FINDING OF THE COURT, after considering the doctor's written report regarding the question of mental competency of the defendant, that the defendant is mentally incompetent.

IT IS THE ORDER OF THE COURT that the defendant be committed to PATTON STATE HOSPITAL for care and treatment as a mentally incompetent person. Maximum term of commitment is 3 years. No credit for time served.

IT IS THE FURTHER ORDER OF THE COURT the authorities at PATTON STATE HOSPITAL report to the court within the next 90 days as to the condition and probability of recovery of the defendant, and thereafter the authorities shall report from time to time as to the condition of the defendant until his or her mental competency has been restored and the patient is ready to be returned to court for reinstatement of criminal proceedings. Review Hearing is set for 11/29/07 at 1:30 p.m. in Department 5.

IT IS THE FURTHER ORDER OF THE COURT that the Sheriff of the County of Imperial take and deliver the defendant to the proper authorities at PATTON STATE HOSPITAL to be cared for as provided by law and upon receiving a certification of mental competency pursuant to Section 1373 of the California Penal Code, return the defendant to this county and present him or her in this court as soon thereafter as possible.

Date: _____

JUDGE OF THE SUPERIOR COURT

Date: _____

JOSE O. GUILLEN, COURT EXECUTIVE OFFICER

By: _____
Deputy Clerk

Page 1 of 1

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF IMPERIAL | |
|---|---|
| In the Matter of Michael Allen<br>    Plaintiff,<br><br>vs.<br><br><br>    Defendant.<br>DOB: | Jud. Officer: **Jeffrey B. Jones**<br>Clerk: **Toni Escalera**<br>Bailiff: **R. Flores**<br>CSR: **Leyla Jones**<br>Interpreter: **None**<br>Language:<br><br>Plaintiff Counsel/DA: **Wayne Robinson**<br><br>Defendant Counsel/PD: **Timothy Reilly** |
| Minutes:    Hearing: Receipts/Competency/Eval | Case No.    EMH00214<br>                El Centro Dept. 5 |
| Date:    **August 9, 2007** | |
| Charges: | |

Defendant is present, in custody. Counsel for the defendant is present.

Defense counsel submits on the report filed by Imperial County Behavioral Health Services.

People are in agreement with the report.

The court receives the report into evidence and based on that fact **THE COURT FINDS**, <u>the defendant suffers from a mental disorder</u> and <u>is unable to cooperate with his counsel in presenting his defense.</u> The Court reserves on reset of the report.

**IT IS THE ORDER OF THE COURT**, matter is set for Placement Hearing on 09/06/2007 at 1:30 pm, Department 5. Criminal proceedings remain suspended. Matter is re-referred to the Imperial County Behavioral Health Services for placement and recommendation.

Defendant is remanded to the custody of the Department of Corrections.

DIST: ☐ DA ☐ PD ☐ DEF ☐ JAIL ☐ ATTY ☐ PROB ☐ CITY ATTY ☐ DOC