**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
2008 MAR 27 AM 9:02
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Whelan
FROM:  R. Mullin,   Deputy Clerk          RECEIVED DATE:  3/21/2008
CASE NO.:  08cv0351 W (JMA)   DOCUMENT FILED BY:  Petitioner
CASE TITLE:  Allen v. Otero, et al
DOCUMENT ENTITLED:  Petition

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | **OTHER: Does not comply with Order dated 3/11/2008 (Docket #4).** If Petitioner wishes to file a case under 28 USC 2241, he must file as a new case. See 3/11/2008 Order (Doc. No. 4). |

Date forwarded: 3/24/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF:  THOMAS J. WHELAN

Dated:  3/25/08       By:  Law Clerk
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

NAME: MICHAEL E. ALLEN

PRISON NUMBER: H-43389

PLACE OF CONFINEMENT: Calipatria State Prison

ADDRESS: P.O. Box 5002, Calipatria, Calif. 92233

**REJECTED**

# United States District Court
## Southern District Of California

MICHAEL E. ALLEN,
(FULL NAME OF PETITIONER)

**Petitioner**

v.

JAMES TILTON, Director,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER, E.G. PAROLE OFFICER)

**Respondent**

and

The Attorney General of the State of California, Additional Respondent.

Civil No. 08-0351-W-JMA
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2241

1. Type of challenge (CHECK ONE):
   - ☐ Parole
   - ☐ Probation
   - ☐ Loss of good-time credits
   - ☐ Prison disciplinary hearing
   - ☒ Other (specify): PROPERTY, INVESTIGATIVE AGENCY EAVESDROPPING

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22832\1

MC-410

☐ **FORM TO BE KEPT CONFIDENTIAL (if box checked)**

| APPLICANT (name): MICHAEL E. ALLEN H40357 | FOR COURT USE ONLY |
|---|---|
| APPLICANT IS: ☐ Witness ☐ Juror ☐ Attorney ☒ Party ☐ Other | |
| Person submitting request (name): Calipatria State Prison | |
| APPLICANT'S ADDRESS: P.O. Box 5002 | **REJECTED** |
| TELEPHONE NO.: Calipatria, Calif. 92233 | |
| NAME OF COURT: U.S. District Ct., Southern Dist. of California | |
| STREET ADDRESS: 880 Front Street | |
| MAILING ADDRESS: San Diego, Calif. 92101- Rm#4290 | |
| CITY AND ZIP CODE: | |
| BRANCH NAME: | |
| NAME OF JUDGE: Thomas J. Whelan, District Judge United States | |
| CASE NAME: Allen v. Tilton | |
| **REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES and ORDER** | CASE NUMBER: 08-0351-W"JMA" |

Applicant requests accommodation under California Rules of Court, rule 989.3, as follows: 42 U.S.C. 12101 et seq.
1. Type of proceeding: ☐ Criminal ☒ Civil
2. Proceedings to be covered (e.g., bail hearing, preliminary hearing, particular witnesses at trial, sentencing hearing):
   Writ of Habeas Corpus
3. Dates accommodations needed (specify):
   Upon filing
4. Impairment necessitating accommodations (specify): Legally Mentally Incompetent Ex# A Attached
   a Mental Impairment under ADA
5. Type of accommodations (be specific): Be Provide with a U.S. District Court Southern District of
   California. Accommodation of civil Pro Bono program Attorney Program
6. Special requests or anticipated problems (specify): Also be Refer to the Pro Bono Program within
   U.S. Dist. Ct. Southern District of California. for the truth of the matter and equal access
   to courts.
7. I request that my identity ☐ be kept CONFIDENTIAL ☐ NOT be kept CONFIDENTIAL.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3-19-08

Michael E. Allen
(TYPE OR PRINT NAME)

▶ /s/ Michael E. Allen
(SIGNATURE OF APPLICANT)

---

## ORDER

☐ The request for accommodations is GRANTED because
  ☐ the applicant satisfies the requirements of the rule.
  ☐ it does not create an undue burden on the court.
  ☐ it does not fundamentally alter the nature of the service, program, or activity.
  ☐ Alternate accommodations granted (specify):

☐ The request for accommodations is DENIED because
  ☐ the applicant does not satisfy the requirements of the rule.
  ☐ it creates an undue burden on the court.
  ☐ it fundamentally alters the nature of the service, program, or activity.
  (Specify):

Date: _____

_____
JUDGE

Form Adopted by the Judicial Council of California MC-410 [New January 1, 1996] Mandatory Form

**REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES and ORDER**

THOMSON ★ WEST

Cal. Rules of Court, rule 989.3