MICHAEL E. ALLEN
PLAINTIFF/PETITIONER/MOVANT'S NAME

H-42389
PRISON NUMBER

Calipatria State Prison
P.O. Box-5002
PLACE OF CONFINEMENT

Calipatria, Calif 92233
ADDRESS

FILED
2008 JUN 23 PM 3:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____RM____ DEPUTY

**NUNC PRO TUNC**
JUN 11 2008

# United States District Court
## Southern District Of California

MICHAEL E. ALLEN,
Plaintiff/Petitioner/Movant

v.

LARRY SCRIBNER,
Defendant/Respondent

Civil No. 08CV0351 W(JMA)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Michael E. Allen, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration _Calipatria State Prison_
    Are you employed at the institution?          ☐ Yes ☒ No
    Do you receive any payment from the institution? ☐ Yes ☒ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

Exhibit #A

CIV-67 (Rev. 4/06)                                                H:\CIV-67.wpd

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Incarcerate no Job

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance ☐ Yes ☒ No
   d. Disability or workers compensation ☐ Yes ☒ No
   e. Social Security, disability or other welfare ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Spousal or child support ☐ Yes ☒ No
   g. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _____

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make: _____ Year: _____ Model: _____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _State Prison welfare for food and clothing but have no source of income_

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _None_

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _None_

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. _____

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_June 4, 2008_                    _[signature]_
DATE                              SIGNATURE OF APPLICANT

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
## (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _Michael E. Allen H-42389_, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_June 4th 2008_                             _[signature]_
DATE                                        SIGNATURE OF PRISONER

Case 3:08-cv-00351-W-JMA    Document 8    Filed 06/23/2008    Page 5 of 8

**Exhibit A**

DECLARATION OF _____

I, <u>Michael E. Allen</u>, declare:

1. I am the ☐ petitioner/*plaintiff* ☐ respondent/*defendant* in the within cause of action, and in support my application to proceed in this matter without prepayment of fees pursuant to *Cal. Rules of Court*, rule 985, and *Govt. Code* section 68511.3, I declare and incorporate by reference each and every statement following each box(es) which has been marked:

☐ I am an inmate who is incarcerated in state prison located at: <u>Calipatria State Prison, P.O. Box-5002, Calipatria, Calif 92233</u>

☐ The balance of my inmate trust account is approximately $ <u>-0-</u>, and my monthly earnings each month is approximately $ <u>-0-</u>. Additionally, I do not own any other assets or personal property of any value.

2. Accordingly, I am without the financial means to pay the court's filing fee and/or costs at this time.

I, <u>Michael E. Allen</u>, declare under penalty of perjury under the laws of the state of California that the above is true and correct and of my own personal knowledge. Executed this <u>4th</u> day of <u>June</u>, <u>2008</u>, at <u>Calipatria</u>, California.

<u>Michael E. Allen</u>
DECLARANT, *In Propria Persona*

----PRISON CERTIFICATE---
(INCARCERATED APPLICANT ONLY)
(To Be Completed By The Institution Of Incarceration)

I certify that the applicant, <u>Allen, Michael</u> (CDC# <u>H42389</u>), has the sum of $ <u>-31.54</u> on account at CALIPATRIA STATE PRISON.

I further certify that said applicant has the following securities <u>N/A</u> to his credit according to the records of the aforementioned institution, and that during the past six-months said applicant's average monthly inmate trust account balance was $ <u>-3.90</u>, and the average monthly deposits to said applicant's account was $ <u>-5.84</u>.

ALL PRISONERS MUST ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR A SIX-MONTH PERIOD

<u>3/12/08</u>                         <u>[signature]</u>
DATE                                 SIGNATURE OF AUTHORIZED OFFICER OF THE PRISON

<u>D. Zamudio</u>
OFFICER'S FULL NAME (PRINTED)

<u>Account Clerk II</u>
OFFICER'S TITLE/RANK

ATTACHMENT 12
(In Forma Pauperis)

(Rev. 01/03)

Page two (a)

```
REPORT ID: TS3030 .701                                                    REPORT DATE: 03/12/08
                                                                          PAGE NO:         2
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIPATRIA STATE PRISON
                           INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: JUL. 01, 2007 THRU MAR. 12, 2008

ACCT: H42389           ACCT NAME: ALLEN, MICHAEL                    ACCT TYPE: I

                                TRUST ACCOUNT SUMMARY

 BEGINNING       TOTAL         TOTAL         CURRENT        HOLDS         TRANSACTIONS
  BALANCE       DEPOSITS     WITHDRAWALS     BALANCE       BALANCE        TO BE POSTED
 ---------     ---------     -----------    ---------     ---------      --------------
    0.00          35.00         18.91         16.09         47.63             0.00

                                                                    CURRENT
                                                                   AVAILABLE
                                                                    BALANCE
                                                                  -----------
                                                                      31.54-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
     TRUST OFFICE

```
REPORT ID: TS3030 .701                  REPORT DATE: 05/09/08
                                        PAGE NO:           2
                 CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIPATRIA STATE PRISON
                   INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: APR. 01, 2008 THRU MAY 09, 2008

ACCT: H42389         ACCT NAME: ALLEN, MICHAEL            ACCT TYPE: I

                          TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL         TOTAL        CURRENT      HOLDS      TRANSACTIONS
 BALANCE     DEPOSITS     WITHDRAWALS     BALANCE     BALANCE     TO BE POSTED
---------    --------     -----------     -------     -------     ------------
  15.64        45.00          37.29        23.35       150.93         0.00

                                                    CURRENT
                                                   AVAILABLE
                                                    BALANCE
                                                   ---------
                                                    127.58-
```