UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 JUL 28 PM 4:05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE Adler
FROM: R. Mullin, Deputy Clerk   RECEIVED DATE: 7/22/2008
CASE NO.: 08cv0351 W (JMA)   DOCUMENT FILED BY: Petitioner
CASE TITLE: Allen v. Otero, et al
DOCUMENT ENTITLED: Plaintiff Relief from Judgment...

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | Missing ~~time and date on~~ motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☑ | | OTHER: Issue is moot. First Amended Petition was filed (not rejected) on 6/23/2008. Resp. MTD/Ans. due 8/18 or 10/1. Pet's Oppo/Traverse due 9/16 or 10/31/2008 |

Date forwarded: 7/23/2008

ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Adler

Dated: 7/24/2008   By: ~~KAH~~
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

MICHAEL E. ALLEN-H42859
P.O. Box 5002
CALIPATRIA, CALIF. 92233

**ORIGINAL**

**REJECTED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. ALLEN,<br>Plaintiff<br><br>vs.<br><br>Gilbert OTERA,<br>Defendant. | CASE NO# 08-CV-0351-W-"JMA"<br>PLAINTIFF RELIEF FROM JUDGMENT AND ORDER OF NON-COMPLIANCE WITH LOCAL RULES AMENDED PETITION LATE AND DOCUMENTS FILED NUNC PRO TUNC AND THIS MOTION IS MADE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE SECTION 60(b) MISTAKE AND EXCUSABLE NEGLECT |

To The Honorable Judge Thomas J. Whelan, United States District Court, Southern District of California. Please take notice that Plaintiff Michael E. Allen. Hereby files a Motion for Relief from Judgment and order of Non-compliance with Local Rules, Amended Petition late per order dated 3/11/2008 <u>Exhibit #1</u> and Petition for Writ of Habeas Corpus filed NUNC PRO TUNC and case closed, per Federal Rules of Civil Procedure Section 60(b) Mistake and Excusable Neglect.

- FACTS -

Plaintiff do Request Relief From Judgment under Federal Rules of Civil Procedure Section 60(b) Mistake and Excusable Neglect for Plaintiff is mentally incompetent <u>Exhibit #2</u> and should not be Held to the Requirements of Attorney for Mistakes and Neglect, of late Amended Petition and non-compliance with Local Rules on March 11, 2008.

<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

- 1 -