1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  ANTHONY DA SILVA, State Bar No. 159330
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2608
    Fax: (619) 645-2271
9   Email: Anthony.DaSilva@doj.ca.gov

10 Attorneys for Respondent

12            IN THE UNITED STATES DISTRICT COURT

13            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  **MICHAEL E. ALLEN,** | 08-0351 W (JMA) |
| 16                    Petitioner, | **APPLICATION FOR THIRTY-DAY ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS OR ANSWER; DECLARATION OF ANTHONY DA SILVA IN SUPPORT THEREOF** |
| 17  v. | |
| 18  **LARRY SCRIBNER, Warden, et al.,** | |
| 19                    Respondent. | |

21       Respondents respectfully request, under Federal Rule of Civil Procedure 6(b), that this

22 Court order a thirty-day enlargement of time to file either a Motion to Dismiss or an Answer to the

23 Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 filed by Michael E. Allen.  This

24 Court ordered that Respondent file a Motion to Dismiss by August 18, 2008, or an Answer by

25 October 1, 2008. Respondent needs additional time to brief this case because this case was recently

26 re-assigned to current counsel and he has not yet received the record in this case necessary to

27 prepare a proper response.  Counsel needs additional time to familiarize himself this case and file

28 either a Motion to Dismiss or an Answer to the Petition.

CV 08-0351

1

1  Respondent respectfully requests that the time to file the Answer be extended for a thirty-day period, until September 17, 2008, to file a Motion to Dismiss, or until October 31, 2008, to file an Answer, for good cause as shown in the attached declaration.

Dated:  August 14, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General


s/Anthony Da Silva
ANTHONY DA SILVA
Deputy Attorney General
Attorneys for Respondent

ADS:jr
80272088.wpd
SD2008700630

## DECLARATION OF ANTHONY DA SILVA

Anthony Da Silva declares under penalty of perjury:

I am the deputy attorney general assigned to prepare Respondent's briefing in the matter of Allen v. Scribner, Civil No. 08-0351 W (JMA).

I was assigned to this matter on August 8, 2008. The case not assigned to me until that time because our office has ordered, but not yet received, documents that indicate that petitioner Michael E. Allen currently has proceedings pending in the Superior Court of California, County of Imperial. These documents are needed to prepare a proper response in this matter.

I am not familiar with the state court record or pleadings in Allen's case, as I was not the assigned attorney of his direct appeal. I have not yet received a copy of all the state court records that are necessary to properly respond to the allegations contained in Allen's Petition. I also routinely review the work of other attorneys in my office, and this takes additional time away from my own work.

Based on the foregoing, I respectfully ask the Court to grant a thirty-day extension of time for good cause shown such that a Motion to Dismiss is not due until September 17, 2008, an Answer is not due until October 31, 2008

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, on this day, August 14, 2008, at San Diego, California.

Respectfully submitted,

s/ Anthony Da Silva
ANTHONY DA SILVA
Deputy Attorney General

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:   <u>**Michael E. Allen v. Larry Scribner, Warden, et al.,**</u>

No.:   **08-0351 W (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **August 15, 2008**, I served the following documents:
**APPLICATION FOR THIRTY DAY ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS OR ANSWER; DECLARATION OF ANTHONY DA SILVA IN SUPPORT THEREOF; ORDER FOR THIRTY-DAY ENLARGEMENT OF TIME TO FILE RESPONDENT'S MOTION TO DISMISS OR ANSWER**
by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**Michael E. Allen**
CDC# H-42389
Calipatria State Prison
P O Box 5002
Calipatria, CA 92233
Petitioner

declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 15, 2008**, at San Diego, California.

| Jena Ray | Signature |
|---|---|
| Declarant | |

SD2008700630
80272159.wpd