IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL E. ALLEN,** <br><br> Petitioner, <br><br> v. <br><br> **LARRY SCRIBNER, Warden, et al.,** <br><br> Respondent. | 08-CV-0351 W (JMA) <br><br> **ORDER FOR A THIRTY-DAY ENLARGEMENT OF TIME TO FILE RESPONDENT'S MOTION TO DISMISS OR ANSWER** |

With good cause shown for a thirty-day enlargement of time, it is hereby ordered that the Motion to Dismiss is due **September 17, 2008**, and the Answer is due **October 31, 2008**.

If Respondent files a Motion to Dismiss, Allen shall serve and file his opposition, if any, to the Motion not later than **October 17, 2008**. If Respondent files an Answer, Allen may file a traverse to the matters raised in the answer not later than **December 5, 2008**.

**IT IS SO ORDERED.**

DATED: August 18, 2008

_____
Jan M. Adler
U.S. Magistrate Judge

CV 08-0351

1